**APPENDIX D**
**TO THE LOCAL RULES OF THE SOUTHERN DISTRICT OF TEXAS**

**WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 19-32244 | Name of Debtor: Vantage Trailers, Inc. |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
| Patricia Lemmons | Judge: Norman |
| | Courtroom Deputy: |
| | Hearing Date: 4/29/2019 |
| | Hearing Time: 9:30 a.m. |
| | Party's Name: Vantage Trailers, Inc. |
| | Attorney's Name: Margaret McClure |
| | Attorney's Phone: 713-659-1333 |
| | Nature of Proceeding: Cash Collateral |
| | |
| | |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Budget | | | | |

NOTE: This exhibit list is to be prepared in advance of the date of trial by counsel to parties and furnished to the court in triplicate and served on the opposing parties.