UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-32244-H5 |
| | § | |
| VANTAGE TRAILERS, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT, APPLICATION FOR COMPENSATION AND MOTION FOR APPROVAL OF FINAL REPORT; AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Janet S. Northrup, Trustee of the above styled estate, has filed a Final Report, the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation, and the Trustee is contemporaneously filing a motion for approval of the Final Report.

The complete Final Report, all applications for compensation, and the motion for approval of the Final Report are available for inspection at the Office of the Clerk, at the following address:

515 Rusk, Fifth Floor, Houston, Texas 77002

Any person wishing to object to any fee application that has not already been approved or to the Final Report or the motion for approval of the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the motion for approval of the Final Report; and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

## NOTICE OF HEARING

**Please take Notice that a telephonic hearing will be held on Wednesday, January 5, 2022 at 1:30 PM on Trustee's Application for Compensation and Reimbursement of Expenses.**

**Telephone Participation:**

**Dial In Telephone No.: (832) 917-1510**
**Conference Code: 174086**

Date Mailed: 11/29/2021  By: /s/ *Janet S. Northrup*
Janet S. Northrup

Janet S. Northrup, Trustee
SBN 03953750
Total Plaza
1201 Louisiana Street, Suite 2800
Houston, Texas  77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
jsn@hwa.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-32244 |
| | § | |
| VANTAGE TRAILERS, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATION FOR COMPENSATION

*The Final Report shows receipts of*     $140,413.10
*and approved disbursements of*     $47,250.38
*leaving a balance on hand of[1]:*     $93,162.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | Internal Revenue Service | $850,809.42 | $850,809.42 | $0.00 | $0.00 |
| 33a | Capstone Business Funding LLC | $151,433.22 | $0.00 | $0.00 | $0.00 |
| 33b | Capstone Business Funding LLC | $160,433.22 | $160,433.22 | $0.00 | $0.00 |
| 40a | Chrysler Capital | $29,975.00 | $29,975.00 | $0.00 | $0.00 |
| 43 | Ally Bank | $34,823.06 | $34,823.06 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $93,162.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Janet S. Northrup, Trustee Fees | $10,270.66 | $0.00 | $6,446.92 |
| Janet S. Northrup, Trustee Expenses | $2,325.77 | $0.00 | $1,459.89 |
| Hughes Watters Askanase, LLP, Attorney for | $70,797.50 | $0.00 | $44,439.78 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Trustee Fees | | | |
|---|---:|---:|---:|
| Hughes Watters Askanase, LLP, Attorney for Trustee Expenses | $228.78 | $0.00 | $143.61 |
| KenWood & Associates, P.C., Accountant for Trustee Fees | $26,254.00 | $0.00 | $16,479.70 |
| Ken Wood & Associates, Accountant for Trustee Expenses | $442.88 | $0.00 | $278.00 |
| U.S. Trustee Office, U.S. Trustee Quarterly Fees | $4,098.97 | $0.00 | $2,572.93 |
| Schwartz & Associates, Consultant for Trustee Fees | $34,000.00 | $0.00 | $21,341.89 |

Total to be paid for chapter 7 administrative expenses:   $93,162.72
Remaining balance:   $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| John F. Coggin, CPA, Accountant for Trustee/D-I-P Expenses | $7,733.02 | $0.00 | $0.00 |
| Hoover Slovacek, LLP, Other Professional Fees | $15,468.50 | $0.00 | $0.00 |
| Hoover Slovacek, LLP, Other Professional Expenses | $741.82 | $0.00 | $0.00 |
| Margaret McClure, Other Professional Fees | $43,135.00 | $0.00 | $0.00 |
| Margaret McClure, Other Professional Expenses | $5,181.71 | $0.00 | $0.00 |

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $524,460.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 4b | Internal Revenue Service | $444,796.52 | $0.00 | $0.00 |
| 14A | Texas Workforce Commission | $25,080.98 | $0.00 | $0.00 |
| 55 | Comptroller of Public Accounts | $4,758.25 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 69 | Jimmy H. Coursey | $7,200.00 | $0.00 | $0.00 |
| 70 | Jimmy H. Coursey | $7,200.90 | $0.00 | $0.00 |
| 71 | Ricardo Martinez | $2,680.00 | $0.00 | $0.00 |
| 72 | Juvenal Ramirez | $2,508.00 | $0.00 | $0.00 |
| 73 | Antonio F. Rodriguez | $6,204.48 | $0.00 | $0.00 |
| 74 | Christie M. Zerger | $8,421.17 | $0.00 | $0.00 |
| 75 | J Hugo Zaragoza | $2,160.00 | $0.00 | $0.00 |
| 86 | Jimmy H. Coursey | $7,200.00 | $0.00 | $0.00 |
| 89a | State of Minnesota, Department or Revenue | $6,250.57 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $37,171,395.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Interstate Billing Service Inc. | $52,943.68 | $0.00 | $0.00 |
| 2 | Polar Service Centers | $8,425.82 | $0.00 | $0.00 |
| 4b | Internal Revenue Service | $33,577.91 | $0.00 | $0.00 |
| 4c | Internal Revenue Service | $100,920.05 | $0.00 | $0.00 |
| 5 | Red-D-Arc Welderentals | $48,398.64 | $0.00 | $0.00 |
| 6 | Applied Industrial Technologies | $1,445.68 | $0.00 | $0.00 |
| 7 | Echo Global Logistics, Inc. | $1,300.00 | $0.00 | $0.00 |
| 8 | Uline Shipping Supply | $2,020.04 | $0.00 | $0.00 |
| 9 | Ridewell Corporation | $19,088.20 | $0.00 | $0.00 |
| 10 | JON D. TOTZ | $38,028.77 | $0.00 | $0.00 |
| 11 | JON D. TOTZ | $31,307.84 | $0.00 | $0.00 |
| 12 | Buyers Products Co. | $6,294.88 | $0.00 | $0.00 |
| 13 | Advance Pump & Equipment, Inc. | $6,724.60 | $0.00 | $0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 15 | Clement Industries | $26,045.00 | $0.00 | $0.00 |
| 16 | Werts Welding & Tank Service, Inc. | $56,551.62 | $0.00 | $0.00 |
| 17 | Phoenix Global Media, Inc. | $13,030.00 | $0.00 | $0.00 |
| 18 | LecoLift, Inc. | $1,921.44 | $0.00 | $0.00 |
| 19 | O'Reilly Automotive Stores Inc | $3,067.50 | $0.00 | $0.00 |
| 20 | Champion Truck & Trailer, Inc. | $30,000.00 | $0.00 | $0.00 |
| 21 | Russell Express | $1,500.00 | $0.00 | $0.00 |
| 22 | Russell Logistics, LLC | $20,550.00 | $0.00 | $0.00 |
| 23 | Bay State Truck & Trailer, Inc. | $706.22 | $0.00 | $0.00 |
| 24 | Terry Johnson Trucking, Inc. | $2,000.00 | $0.00 | $0.00 |
| 25 | Wee Engineer, Inc. | $1,400.00 | $0.00 | $0.00 |
| 26 | Allen D. Russell | $52,500.00 | $0.00 | $0.00 |
| 27 | Juan Carlos Torres | $750,000.00 | $0.00 | $0.00 |
| 28 | NON-FERROUS EXTRUSIONS | $51,402.89 | $0.00 | $0.00 |
| 29 | Clear Edge Filtration, Inc. | $13,498.75 | $0.00 | $0.00 |
| 30 | Roll Rite LLC | $79,667.00 | $0.00 | $0.00 |
| 31 | Titan Logix Corp. | $31,111.00 | $0.00 | $0.00 |
| 32 | Everson & Gibbs, LLC | $18,683.00 | $0.00 | $0.00 |
| 34 | FedEx Corporate Services Inc. as Assignee | $2,822.43 | $0.00 | $0.00 |
| 35 | Samuel, Son & Co., Inc. (PA) | $254,755.46 | $0.00 | $0.00 |
| 36 | Ricky and Linda Taylor a/n/f Stephen Odom | $35,000,000.00 | $0.00 | $0.00 |
| 37 | Euler Hermes North America Insurance Company | $43,317.13 | $0.00 | $0.00 |
| 38 | Fruitland Manufacturing | $17,072.84 | $0.00 | $0.00 |
| 39 | Choice Transport, Inc. | $20,260.00 | $0.00 | $0.00 |
| 40b | Chrysler Capital | $1,839.82 | $0.00 | $0.00 |
| 41 | Jose L. Najera | $1,958.40 | $0.00 | $0.00 |
| 42 | Ferguson Enterprises #190 | $1,916.33 | $0.00 | $0.00 |
| 44 | Innovative Lighting, Inc. | $638.60 | $0.00 | $0.00 |
| 45 | Airgas USA llc | $48,181.44 | $0.00 | $0.00 |
| 46 | AIRGAS USA, LLC | $73,972.11 | $0.00 | $0.00 |
| 47 | McMaster-Carr Supply Company | $9,255.05 | $0.00 | $0.00 |
| 48 | Horn Plastics, Inc. | $17,689.25 | $0.00 | $0.00 |
| 49 | Matera Paper Company | $3,702.25 | $0.00 | $0.00 |
| 50 | Eica Tankheads Inc | $9,351.82 | $0.00 | $0.00 |

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 51 | Westchester Surplus Lines Insurance Company | $0.00 | $0.00 | $0.00 |
| 52 | Miller Products Co. | $5,937.73 | $0.00 | $0.00 |
| 53 | Fast Master, Inc. | $21,865.69 | $0.00 | $0.00 |
| 56 | Republic Services, Inc. | $9,350.94 | $0.00 | $0.00 |
| 57 | Cat Pumps Corporation/Dave Trudgeon | $4,611.17 | $0.00 | $0.00 |
| 58 | TEAM Industrial Services, Inc. | $4,646.04 | $0.00 | $0.00 |
| 61 | Cigna Health and Life Insurance Company | $49,884.66 | $0.00 | $0.00 |
| 62 | Cigna Health and Life Insurance Company | $13,890.58 | $0.00 | $0.00 |
| 63 | Custom Hoists, Inc. | $32,135.00 | $0.00 | $0.00 |
| 64 | TXE Capital, LLC, D/B/A L-K Industries | $18,230.18 | $0.00 | $0.00 |
| 65 | James Anthony Gilmore | $0.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:    $0.00
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $1,719,787.66 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 66 | Pitney Bowes Global Financial Services LLC | $1,078.31 | $0.00 | $0.00 |
| 67 | Pitney Bowes Global Financial Services LLC | $4,371.14 | $0.00 | $0.00 |
| 68 | Betts Industries Inc | $17,260.55 | $0.00 | $0.00 |
| 76 | S. Robert Fling | $111,956.30 | $0.00 | $0.00 |
| 77 | Sealco Commercial Vehicle Products | $6,221.00 | $0.00 | $0.00 |
| 78 | Texas Workforce Commission | $6,478.21 | $0.00 | $0.00 |
| 79 | Werts Welding & Tank Service, Inc. | $59,870.04 | $0.00 | $0.00 |
| 81 | Bankruptcy Section MS A340 | $47,088.09 | $0.00 | $0.00 |
| 82 | Parts Place, LLC | $2,487.04 | $0.00 | $0.00 |

| 83 | Wastequip Mfg Co LLC | $11,425.99 | $0.00 | $0.00 |
| 84 | Plains State Bank (c/o Lisa A. Powell) | $1,362,115.79 | $0.00 | $0.00 |
| 85 | LuGreg Trucking, LLC | $88,834.00 | $0.00 | $0.00 |
| 89b | State of Minnesota, Department or Revenue | $601.20 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ *Janet S. Northrup*
Janet S. Northrup

Janet S. Northrup, Trustee
SBN 0395370
Total Plaza
1201 Louisiana Street, Suite 2800
Houston, TX 77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.